IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSARA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-084-MN |
| | ) |
| MOTIVE TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

**EMERGENCY MOTION OF PLAINTIFF SAMSARA INC. FOR PRELIMINARY INJUNCTION TO ENJOIN DEFENDANT MOTIVE TECHNOLOGIES, INC. FROM PROCEEDING WITH ARBITRATION**

Pursuant to Fed. R. Civ. P. 65, plaintiff Samsara Inc. ("Samsara") respectfully moves, on an emergency basis, to enjoin defendant Motive Technologies, Inc. ("Motive") from pursuing resolution of Samsara's claims against Motive in arbitration.

The grounds for this motion are fully set forth in Samsara's opening brief filed herewith.

NOW, THEREFORE, plaintiff Samsara Inc. respectfully requests the Court to grant this motion and to enter the proposed form of order attached as Exhibit A.

|  |  |
|---|---|
| | /s/ *Emily S. DiBenedetto* |
| | John W. Shaw (No. 3362) |
| | Karen E. Keller (No. 4489) |
| | Nathan R. Hoeschen (No. 6232) |
| OF COUNSEL: | Emily S. DiBenedetto (No. 6779) |
| Ellisen S. Turner | Lindsey M. Gellar (No. 7202) |
| Ali-Reza Boloori | SHAW KELLER LLP |
| KIRKLAND & ELLIS LLP | I.M. Pei Building |
| 2049 Century Park East | 1105 North Market Street, 12th Floor |
| Los Angeles, CA 90067 | Wilmington, DE 19801 |
| (310) 552-4200 | (302) 298-0700 |
| | jshaw@shawkeller.com |
| | kkeller@shawkeller.com |
| | nhoeschen@shawkeller.com |

| | |
|---|---|
| Joseph A. Loy<br>Joshua L. Simmons<br>KIRKLAND & ELLIS LLP<br>601 Lexington Avenue,<br>New York, NY 10022<br>(212) 446-4980<br><br>Jeanne M. Heffernan<br>KIRKLAND & ELLIS LLP<br>401 Congress Avenue<br>Austin, TX  78701<br>(512) 678-9100<br><br>Dated: June 26, 2024 | edibenedetto@shawkeller.com<br>lgellar@shawkeller.com<br>*Attorneys for Plaintiff Samsara Inc.* |

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to District of Delaware Local Rule 7.1.1, Plaintiff Samsara Inc. hereby certifies that a reasonable effort has been made to reach agreement with Defendant Motive Technologies, Inc. on the matter set forth in Plaintiff's Emergency Motion to Enjoin Defendant Motive Technologies, Inc. from Proceeding with Arbitration. The parties were unable to reach agreement.

|  |  |
|---|---|
| Dated: June 26, 2024 | */s/ Emily S. DiBenedetto*<br>John W. Shaw (No. 3362)<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>Lindsey M. Gellar (No. 7202)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>lgellar@shawkeller.com<br>*Attorneys for Plaintiff Samsara Inc.* |