IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMSARA INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 24-084-MN |
| | ) |
| MOTIVE TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |

# **ORDER**

At Wilmington this ___ day of _____, 2024, having considered plaintiff Samsara Inc.'s ("Samsara") Emergency Motion for Preliminary Injunction to Enjoin defendant Motive Technologies, Inc. from Proceeding with Arbitration, along with all parties' briefing, papers, and arguments related thereto, hereby grants the motion as follows:

1. I find that Samsara has shown that all elements required for entry of a preliminary injunction exist in this case.

2. Motive shall cease all efforts to pursue arbitration on Samsara's claims in this action ("Samsara's Claims), pending this Court's resolution of whether a contract was formed between the parties, and if so, whether the contract covers Samsara's Claims.

3. I find that no monetary harm will result to Motive pending this Court's resolution of whether a contract was formed, and if so, whether the contract covers Samsara's claims in this matter. As a result, Samsara shall not be required to post bond.

4. This preliminary injunction shall expire by its own terms if the Court determines that the parties formed a contract to arbitrate the claims in this action.

_____
United States District Judge